# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-07-423-SPS ) |
| JACKIE CRAIG HARRIS, | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury verdict dated January 23, 2009, the Court hereby DECLARES that Policy No. 001018476 issued by the Plaintiff American Commerce Insurance Company to the Defendant Jackie Craig Harris on October 1, 2006 was voided by the Defendant Jackie Craig Harris' breach of the provision prohibiting fraud, misrepresentation or false swearing, and accordingly RENDERS JUDGMENT in favor of the Plaintiff American Commerce Insurance Company and against the Defendant Jackie Craig Harris on all claims asserted herein.

**IT IS SO ORDERED** this 26th day of January, 2009.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**